THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL P. SPENCER, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*Frank S. Hogan, District Attorney (Whitman Knapp* of counsel), for motion.

*Carl P. Spencer,* in person, opposed.

Motion granted and appeal dismissed upon the ground that no appeal lies as of right from the order of the Appellate Division (Code Crim. Pro., § 520, subd. 3).